United States District Court
Southern District of Texas
**ENTERED**
February 04, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **KELVIN DEL VALLE CEQUEA MORENO,** § § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. 5:26-CV-00066 |
| § | |
| **PERRY GARCIA, et al.,** § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1), and Federal Respondents' Response to the Petition for Writ of Habeas Corpus and Motion to Dismiss and, Alternatively, Motion for Summary Judgment, (Dkt. No. 13).

The Court **ORDERS** Respondents to file supplemental briefing by **February 9, 2026**, addressing the following:

1. The effect, if any, of Petitioner's July 12, 2023 release on recognizance issued under 8 U.S.C. § 1226 on his current detention authority, (Dkt. No. 1-1 at 3); and

2. The persuasive authority Petitioner cites with respect to the relevant detention authority after the release or parole of a noncitizen, (*See* Dkt. No. 14 at 4).

It is so **ORDERED**.

**SIGNED** on February 4, 2026.

_____
John A. Kazen
United States District Judge