United States District Court
Southern District of Texas
**ENTERED**
February 17, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **KELVIN DEL VALLE CEQUEA MORENO,** | § § § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 5:26-CV-66 |
| **PERRY GARCIA, ET AL.,** | § § § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1), and Respondents' Motion to Dismiss and, Alternatively, Motion for Summary Judgment, (Dkt. No. 13). The Court **ORDERS** the parties to submit the following supplemental briefing:

1. Respondents should respond to Petitioner's First Cause of Action, Violation of Fifth Amendment Right to Due Process, (Dkt. No. 1), and Petitioner's arguments distinguishing the petition from the holding in *Buenrostro-Mendez v. Bondi*, No. 25-20496, ---- F.4th ---- 2026 WL 323330 (5th Cir. Feb. 6, 2026), (Dkt. No. 19); and

2. Petitioner should address Respondents arguments related to *Matter of M-S-*, 27 I&N Dec. 509 (A.G. 2019) and the applicability of the case to the instant petition.

Accordingly, the parties are **ORDERED** to file supplemental briefing addressing these issues by **February 23, 2026, at 12:00 p.m.**

It is so **ORDERED**.

**SIGNED** on February 17, 2026.

_____
John A. Kazen
United States District Judge