United States District Court
Southern District of Texas

**ENTERED**

April 28, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **KELVIN DEL VALLE CEQUEA MORENO,** | § § § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00066** |
| | § | |
| **PERRY GARCIA,** *et al.*,[1] | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1), and Respondents' Motion to Dismiss and, Alternatively, Motion for Summary Judgment, (Dkt. No. 13). While the petition has been pending, it appears to the Court that the statutory basis for Petitioner's detention may have changed.

The Court **ORDERS** the parties to file advisories regarding the status of Petitioner's detention and claims in this case **by May 4, 2026**.

It is so **ORDERED**.

**SIGNED** on April 28, 2026.

John A. Kazen
United States District Judge

---

[1] Todd Blanche is automatically substituted for Pamela Bondi in this case under Federal Rule of Civil Procedure 25(d). Markwayne Mullin is automatically substituted for Kristi Noem in this case under the same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.